CONTRACT

515   IN RE ALBERT A. BLANCK AND FUTURONICS CORPORATION/LITIGATION

| Date | No. | Description |
|---|---|---|
| 82/07/12 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBIT 1, CERTIFICATE OF SERVICE -- Plaintiffs Albert A. Blanck, et al. SUGGESTED TRANSFEREE COURT: S.D. New York SUGGESTED TRANSFEREE JUDGE: Judge Gerard L. Goettel (cds) |
| 82/07/12 | 2 | REQUEST FOR EXPEDITED HEARING -- Plaintiffs Albert A. Blanck, et al. -- w/service (cds) |
| 82/07/22 | | APPEARANCES: Perry M. Rosen, Esq. for Defendants, ROBERT F. CONDON, ESQ. for Albert A. Blanck, et al. (cds) |
| 82/07/22 | 3 | REQUEST FOR EXTENSION OF TIME -- Defendants -- Granted to all to and including August 10, 1982 (cds) |
| 82/08/09 | 4 | RESPONSE/BRIEF -- Federal Defendants -- w/Exhibits and cert. of svc. (emh) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thur A-4 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/09/17 | 5 | LETTER -- requesting Motion to Withdraw -- pltf. Blanck w/svc. (ds) |
| 82/09/20 | | HEARING APPEARANCES: ROBERT F. CONDON, ESQ. for Albert Blanck and Futuronics Corp.; PERRY M. ROSEN, ESQ. for Melvin W. Harris, John F. Kneeland, et al. (cds) |
| 82/10/12 | | ORDER DEEMING MOTION WITHDRAWN -- Notified involved clerks, judges and counsel. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 515 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ALBERT A. BLANCK AND FUTURONICS CORPORATION CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information *Motion Withdrawn*

DATE CLOSED: 10/12/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 515 -- IN RE ALBERT A. BLANCK AND FUTURONICS CORPORATION CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Albert A. Blanck, et al. v. Maj. Gen. John K. Stoner, et al. | D.N.J. Thompson | 82-932 | | | | |
| A-2 | Albert A. Blanck, et al. v. Melvin W. Harris, et al. | D.Mass. Mazzone | 82-723-MA | | | | |
| A-3 | Albert A. Blanck, et al. v. Joseph P. Marcotullio, et al. | S.D.N.Y. Goettel | 82 Civ. 1203 (GLG) | | | | |
| A-4 | Albert A. Blanck, et al. v. Maj. Gen. Chester M. McKeen, Jr., et al. | E.D.Va. Bryan | 82-0152A | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  515  --   IN RE ALBERT A. BLANCK AND FUTURONICS CORPORATION

CONTRACT LITIGATION

| | |
|---|---|
| ALBERT A. BLANCK, ET AL. (A-1 - A-4)<br>Robert F. Condon, Esq.<br>Finley, Kumble, Wagner, Heine,<br>  Underberg & Casey<br>1120 Connecticut Avenue, N.W.<br>Washington, D. C.   20036 | MELVIN W. HARRIS<br>JOHN F. KNEELAND<br>FRANCIS T. FALLON<br>RICHARD SAARI<br>HENRY L. FINN<br>PETER J. BONDINIZZO<br>JOE MARCOTUILLIO<br>DOUGLAS D. WILSON<br>PAUL CUNEO<br>ALBERT VARGO<br>JOSEPH LoGUIDICE<br>DAVID KEUTGEN<br>RUSSELL R. RAUSCH<br>WALTER GREGOREK<br>CHESTER M. McKEEN<br>PAUL CYR<br>PHILLIP COLE<br>JOHN K. STONER<br>WILLIAM D. LEWIS<br>STANLEY DUBROFF<br>VICTOR J. FERLISE<br>LEO KAPUST<br>SALVATORE COSTANZO<br>ANDREW SHUSTER<br>PAUL J. STROHMENGER<br>ROBERT S. WISEMAN<br>NATHANIEL CREAGER<br>Perry M. Rosen, Esq.<br>Trial Attorney<br>Torts Branch, Civil Division<br>U. S. Department of Justice<br>Washington, D. C.   20530 |

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 515 -- IN RE ALBERT A. BLANCK AND FUTURONICS *CONTRACT* CORPORATION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Maj. Gen. John K. Stoner (U.S.A. Ret'd) | A-1 |
| Brig. Gen. William D. Lewis (U.S.A. Ret'd) | A-1 |
| Stanley Dubroff | A-1 |
| Victor J. Ferlise | A-1 |
| Leo Kapust | A-1 |
| Andrew Shuster | A-1 |
| Robert S. Wiseman | A-1 |
| Nathaniel Creager | A-1 |
| Paul J. Strohmenger | A-1 |
| Salvatore P. Costanzo | A-1 |
| Melvin W. Harris | A-2 |

p. _____

| | |
|---|---|
| Henry L. Finn | A-2 |
| Francis Fallon | A-2 |
| John F. Kneeland | A-2 |
| Richard Saari | A-2 |
| Peter Bodinizzo | A-2 |
| Joseph P. Marcotullio | A-3 |
| Paul W. Cuneo | A-3 |
| Albert Vargo | A-3 |
| Walter Gregorek | A-3 |
| Joseph LoGiudice | A-3 |
| David Keutgen | A-3 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _515_ -- IN RE ALBERT A. BLANCK AND FUTURONICS/CORPORATION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Douglas Wilson | A-3 |
| Col. Russel R. Rausch | A-3 |
| Maj. Gen. Chester M. McKeen, Jr. (Ret.) | |
| Col. Philip Cole (U.S.A. Ret.) | A-4 |
| Paul Cyr | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |