DOCKET NO. 515

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALBERT A. BLANCK AND FUTURONICS CORPORATION CONTRACT
LITIGATION

### ORDER DEEMING MOTION WITHDRAWN

This matter is before the Panel pursuant to a motion
under 28 U.S.C. §1407 to centralize the four actions listed
on the attached Schedule A in the Southern District of New
York for coordinated or consolidated pretrial proceedings.
Movants have now moved the Panel for an order permitting
them to withdraw their motion for transfer without prejudice
and have reported that the other parties to this litigation,
who have opposed transfer, have consented to the movants'
motion to withdraw.

IT IS THEREFORE ORDERED that the movants' request to
withdraw without prejudice their transfer motion be granted
and that the transfer motion be, and the same hereby is,
DEEMED WITHDRAWN without prejudice to the right of any party
to move under Section 1407 for transfer of actions in this
docket at a later date.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## Schedule A

MDL-515 -- In re Albert A. Blanck and Futuronics Corporation
        Contract Litigation

Albert A. Blanck, et al. v. Major General John K. Stoner, et al.,
    D. New Jersey, C.A. No. 82-932
Albert A. Blanck, et al. v. Melvin W. Harris, et al.,
    D. Massachusetts, C.A. No. 82-723-MA
Albert A. Blanck, et al. v. Joseph P. Marcotullio, et al.,
    S.D. New York, C.A. No. 82-Civ-1203 (GLG)
Albert A. Blanck, et al. v. Major General Chester M. McKeen, Jr.,
    et al., E.D. Virginia, C.A. No. 82-0152A